IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| JAMES MORROW, STEPHEN STUART WATSON, AMANEE BUSBY, YUSELFF DISMUKES, LINDA DORMAN, MARVIN PEARSON, JENNIFER BOATWRIGHT, and RONALD HENDERSON, and a Proposed Class of Other Similarly Situated Persons<br>　　Plaintiffs<br><br>VS.<br><br>CITY OF TENAHA DEPUTY CITY MARSHAL BARRY WASHINGTON, in his Individual and Official Capacity; CITY OF TENAHA MAYOR GEORGE BOWERS, in his Individual and Official Capacity; SHELBY COUNTY DISTRICT ATTORNEY LINDA K. RUSSELL, in her Individual and Official Capacity; SHELBY COUNTY DISTRICT ATTORNEY INVESTIGATOR DANNY GREEN, in his Individual Capacity only; and SHELBY COUNTY PRECINCT 4 CONSTABLE RANDY WHATLEY, in his Individual and Official Capacity,<br>　　Defendants. | CIVIL ACTION NO. 2:08cv288<br><br>JUDGE: T. JOHN WARD |

**NOTICE OF SERVICE OF DEFENDANT,
LYNDA K. RUSSELL'S FIFTH SUPPLEMENTAL DISCLOSURES**

COMES NOW Defendant, Lynda K. Russell (erroneously named in the pleadings herein as "Linda" K. Russell), and hereby notifies the Court that she has served her Fifth Supplemental Disclosures in this action on this the 1st day of March, 2011.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　By: */s/ Tom Henson*
　　　　　　　　　　　　　　　　　　TOM HENSON
　　　　　　　　　　　　　　　　　　State Bar Card No. 09494000

RAMEY & FLOCK, P.C.
100 East Ferguson, Suite 500
Tyler, TX 75702
903-597-3301
903-597-2413 FAX
thenson@rameyflock.com

ATTORNEY FOR DEFENDANT,
SHELBY COUNTY DISTRICT ATTORNEY
LYNDA K. RUSSELL, IN HER INDIVIDUAL
AND OFFICIAL CAPACITY

## CERTIFICATE OF SERVICE

The undersigned certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). All other counsel of record will be served by U.S. mail on this the 1st day of March, 2011.

/s/ Tom Henson
TOM HENSON