IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| JAMES MORROW, STEPHEN STUART WATSON, AMANEE BUSBY, YUSELFF DISMUKES, LINDA DORMAN, MARVIN PEARSON, JENNIFER BOATWRIGHT, and RONALD HENDERSON, and a Proposed Class of Other Similarly Situated Persons,<br>        Plaintiffs,<br><br>v.<br><br>CITY OF TENAHA DEPUTY CITY MARSHALL, BARRY WASHINGTON, In his Individual and Official Capacity; CITY OF TENAHA MAYOR GEORGE BOWERS, in his Individual and Official Capacity; SHELBY COUNTY DISTRICT ATTORNEY LINDA KAY RUSSELL, in her Individual and Official Capacity; SHELBY COUNTY DISTRICT ATTORNEY INVESTIGATOR DANNY GREEN, in his Individual Capacity only; and SHELBY COUNTY PRECINCT 4 CONSTABLE RANDY WHATLEY, in his Individual and Official Capacity,<br>        Defendants. | Civil Action No. 2:08-cv-288<br><br>JUDGE: RODNEY GILSTRAP |

## ORDER APPROVING SETTLEMENT AGREEMENT AND CONSENT DECREE

ON August 2, 2013, came on to be considered the proposed Settlement Agreement and Consent Decree (see Doc.# 261-1), previously submitted to the Court for final review pursuant to Rule 23(e), Fed.R.Civ.Pro.  The Court, after hearing argument from counsel for Plaintiffs and Defendants, and considering the nature of the claims, the relief provided, and all applicable law, found  that the proposed Settlement Agreement and Consent Decree is fair, just, adequate and reasonable for all parties - Plaintiffs and Defendants - as set forth

more fully in the findings, representations, and rationale in the Fairness Hearing record which is incorporated herein by reference, and therefore approves same.

It is therefore ORDERED, ADJUDGED and DECREED that the Settlement Agreement and Consent Decree attached hereto as Exhibit "A" is approved and entered.

The Court also recognizes the current status of § VI.H of the Settlement Agreement and Consent Decree, and notes that the agreement contemplated by such section has yet to be signed. The Court therefore ORDERS counsel for Shelby County to provide the Court and all counsel of record with notice of the status of execution of such agreement no more than forty-five (45) days from this date.

**So ORDERED and SIGNED this 8th day of August, 2013.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE