IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS,
MARSHALL DIVISION

| | |
|---|---|
| JAMES MORROW, §<br>STEPHEN STUART WATSON, §<br>AMANEE BUSBY, YUSELFF DISMUKES, §<br>LINDA DORMAN, §<br>MARVIN PEARSON, §<br>JENNIFER BOATWRIGHT, and §<br>RONALD HENDERSON, and §<br>A Proposed Class of Other §<br>Similarly Situated Persons, §<br>    PLAINTIFFS §<br>§<br>V. §<br>§<br>CITY OF TENAHA DEPUTY CITY §<br>MARSHALL, BARRY WASHINGTON, §<br>In his Individual and Official Capacity; CITY §<br>OF TENAHA MAYOR GEORGE BOWERS, §<br>In his Individual and Official Capacity; §<br>SHELBY COUNTY DISTRICT ATTORNEY §<br>LINDA KAY RUSSELL, In her Individual §<br>and Official Capacity; SHELBY COUNTY §<br>DISTRICT ATTORNEY INVESTIGATOR §<br>DANNY GREEN, In his Individual Capacity §<br>only; and SHELBY COUNTY PRECINCT 4 §<br>CONSTABLE RANDY WHATLEY, In his §<br>Individual and Official Capacity, §<br>    DEFENDANTS § | Civil Action No. 2:08-cv-288<br><br>JUDGE: RODNEY GILSTRAP |

**ORDER**

Having considered the Plaintiffs' Motion to Extend Duration of the Decree (Dkt____) and any related filings, the Court finds that the Motion has merit and is therefore GRANTED. The Decree shall continue in effect for an additional four years until August 8, 2021; however, upon motion of any party, the Court may extend or shorten the four-year period.