IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| JAMES MORROW, STEPHEN STUART WATSON, AMANEE BUSBY, YUSELFF DISMUKES, LINDA DORMAN, MARVIN PEARSON, JENNIFER BOATWRIGHT, RONALD HENDERSON, JAVIER FLORES, WILLIAM FLORES,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF TENAHA DEPUTY CITY MARSHAL BARRY WASHINGTON, IN HIS INDIVIDUAL AND OFFICIAL CAPACITY; CITY OF TENAHA MAYOR, SHELBY COUNTY DISTRICT ATTORNEYS OFFICE, SHELBY COUNTY PRECINCT 4 CONSTABLE RANDY WHATLEY, IN HIS INDIVIDUAL AND OFFICIAL CAPACITY; SHELBY COUNTY DISTRICT ATTORNEY INVESTIGATOR DANNY GREEN, IN HIS INDIVIDUAL CAPACITY ONLY; AND SHELBY COUNTY,<br><br>Defendants. | CIVIL ACTION NO. 2:08-CV-00288-JRG |

## ORDER

Before the Court is the Joint Motion for Approval of Notice to Class for Potential Award of Attorneys' Fees (the "Motion"). (Dkt. No. 383.) Having considered the Motion and noting the parties' agreement, the court is of the opinion that the Motion should be and hereby is **GRANTED**.

It is therefore **ORDERED** that the parties' proposed Notice (Dkt. No. 383-1) is

**APPROVED** and that the parties shall direct such Notice to class members in a reasonable manner, as follows:

1. Parties are directed to post written Notice at the Center City Hall of Tenaha, Texas;

2. Parties are directed to post written Notice at the Shelby County Courthouse in Center, Texas;

3. Parties are directed to digitally post Notice on the publicly available website of the National Association for the Advancement of Colored People ("NAACP"); and

4. Parties are directed to digitally post Notice on the publicly available website of the American Civil Liberties Union ("ACLU").

It is further **ORDERED** that after such notice has been given as directed above, the parties shall file a joint notice certifying that the parties have complied with this Order and shall attach a copy of the Notice as given.

**So ORDERED and SIGNED this 25th day of June, 2020.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE