# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| JAMES MORROW, STEPHEN STUART WATSON, AMANEE BUSBY, YUSELFF DISMUKES, LINDA DORMAN, MARVIN PEARSON, JENNIFER BOATWRIGHT, RONALD HENDERSON, JAVIER FLORES, WILLIAM FLORES, <br><br>*Plaintiffs*, <br><br>v. <br><br>CITY OF TENAHA DEPUTY CITY MARSHAL BARRY WASHINGTON, IN HIS INDIVIDUAL AND OFFICIAL CAPACITY; CITY OF TENAHA MAYOR, SHELBY COUNTY DISTRICT ATTORNEYS OFFICE, SHELBY COUNTY PRECINCT 4 CONSTABLE RANDY WHATLEY, IN HIS INDIVIDUAL AND OFFICIAL CAPACITY; SHELBY COUNTY DISTRICT ATTORNEY INVESTIGATOR DANNY GREEN, IN HIS INDIVIDUAL CAPACITY ONLY; AND SHELBY COUNTY, <br><br>*Defendants*. | § § § § § § § § § § § § § § § § § § § § § § § § § § § § §  CIVIL ACTION NO. 2:08-CV-00288-JRG |

## ORDER

The Court issues this Order *sua sponte*. In light of the Telephonic Status Conference held with the parties on December 9, 2020, the Plaintiffs' Motion to Dismiss with Prejudice of All of Plaintiffs' Claims Against All Shelby County Defendants (Dkt. No. 411) is hereby **DENIED AS MOOT**.

2

**So ORDERED and SIGNED this 10th day of December, 2020.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE