## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | | |
|---|---|---|
| JAMES MORROW, STEPHEN STUART WATSON, AMANEE BUSBY, YUSELFF DISMUKES, LINDA DORMAN, MARVIN PEARSON, JENNIFER BOATWRIGHT, RONALD HENDERSON, JAVIER FLORES, WILLIAM FLORES, <br><br> *Plaintiffs*, <br><br> v. <br><br> CITY OF TENAHA DEPUTY CITY MARSHAL BARRY WASHINGTON, IN HIS INDIVIDUAL AND OFFICIAL CAPACITY; CITY OF TENAHA MAYOR, SHELBY COUNTY DISTRICT ATTORNEYS OFFICE, SHELBY COUNTY PRECINCT 4 CONSTABLE RANDY WHATLEY, IN HIS INDIVIDUAL AND OFFICIAL CAPACITY; SHELBY COUNTY DISTRICT ATTORNEY INVESTIGATOR DANNY GREEN, IN HIS INDIVIDUAL CAPACITY ONLY; AND SHELBY COUNTY, <br><br> *Defendants*. | § § § § § § § § § § § § § § § § § § § § § § § § § § § § § | CIVIL ACTION NO.  2:08-CV-00288-JRG |

## ORDER

Before the Court is Plaintiffs' Contested Motion for Aware of Interim Attorneys' Fees Incurred During the Fee Period From April 1 Through December 1, 2020 (the "Motion"). (Dkt. No. 415.) Having considered the Motion and related briefing, the Court is of the opinion that the Motion should be and hereby is **DENIED**.

## So Ordered this

**Apr 9, 2021**

_____

RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE