# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

February 22, 2022

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 21-40922   Morrow v. Baker
                      USDC No. 2:08-CV-288

The court has granted an extension of time to and including March 30, 2022 for filing appellant's/petitioner's brief in this case.

Sincerely,

LYLE W. CAYCE, Clerk

*Christina Rachal*

By: _____
Christina C. Rachal, Deputy Clerk
504-310-7651

Mr. Timothy Borne Garrigan
Ms. Erika Leigh Neill
Mr. David O'Toole
Mr. Chad Carlton Rook