# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

February 22, 2022

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 21-40922   Morrow v. Baker
                     USDC No. 2:08-CV-288

The court has granted the motion to supplement or correct the record in this case. The originating court is requested to provide us with a supplemental electronic record consisting of the documents outlined in the attached motion. Counsel is reminded that any citations to these documents must cite to the supplemental electronic record.

                                 Sincerely,

                                 LYLE W. CAYCE, Clerk

                                 *Christina Rachal*
                                 By: _____
                                 Christina C. Rachal, Deputy Clerk
                                 504-310-7651

Mr. Timothy Borne Garrigan
Ms. Erika Leigh Neill
Mr. David O'Toole
Mr. Chad Carlton Rook