IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| JAMES MORROW, STEPHEN STUART WATSON, AMANEE BUSBY, YUSELFF DISMUKES, LINDA DORMAN, MARVIN PEARSON, JENNIFER BOATWRIGHT, RONALD HENDERSON, JAVIER FLORES, WILLIAM FLORES, <br><br>*Plaintiffs*, <br><br>v. <br><br>CITY OF TENAHA DEPUTY CITY MARSHAL BARRY WASHINGTON, IN HIS INDIVIDUAL AND OFFICIAL CAPACITY; CITY OF TENAHA MAYOR,  SHELBY COUNTY DISTRICT ATTORNEYS OFFICE,  SHELBY COUNTY PRECINCT 4 CONSTABLE RANDY WHATLEY, IN HIS INDIVIDUAL AND OFFICIAL CAPACITY; SHELBY COUNTY DISTRICT ATTORNEY INVESTIGATOR DANNY GREEN, IN HIS INDIVIDUAL CAPACITY ONLY; AND  SHELBY COUNTY, <br><br>*Defendants*. | § § § § § § § § § § § § § § § § § § § § § § § § § § § § § | CIVIL ACTION NO.  2:08-CV-00288-JRG |

# ORDER

Subsequent to the Fifth Circuit's recent opinion, the Court issues this order *sua sponte*. The Court is of the opinion that the parties might benefit from an effort to resolve their disputes over Plaintiff's request for attorneys' fees via mediation, as opposed to further litigation. Accordingly, the Court **ORDERS** the parties to mediate in this case promptly and at a mutually agreeable date, but no later than forty-five (45) days from the date of this Order. The mediation shall be conducted

by G. Randy Akin, 3400 W. Marshall Ave., Ste. 300, Longview, Texas, 75604, telephone (903) 500-7444.

To ensure that mediation is as productive as possible, the Court hereby **ORDERS** that each party shall personally attend such mediation with lead counsel, all other appropriate counsel, and a representative who has full and unilateral authority to act on and compromise on all pending disputes. No party or representative shall leave the mediation session, once it begins, without the approval of the mediator. The district's applicable local rules shall otherwise govern and apply in all respects.

**So ORDERED and SIGNED this 16th day of February, 2023.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE