# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
February 15, 2023
Lyle W. Cayce
Clerk

No. 21-40922

JAMES MORROW; STEPHEN STUART WATSON; AMANEE BUSBY; YUSELFF DISMUKES; LINDA DORMAN; MARVIN PEARSON; JENNIFER BOATWRIGHT; RONALD HENDERSON; JAVIER FLORES; WILLIAM FLORES,

*Plaintiffs—Appellants*,

*versus*

MICHAEL BAKER, *City of Tenaha Mayor, in His Official Capacity*,

*Defendant—Appellee*.

_____

Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 2:08-CV-288

_____

Before SMITH, BARKSDALE, and HAYNES, *Circuit Judges*.

J U D G M E N T

This cause was considered on the record on appeal and was argued by counsel.

IT IS ORDERED and ADJUDGED that the judgment of the District Court is VACATED, and the cause is REMANDED to the

Case: 21-40922 Document: 00516671016 Page: 2 Date Filed: 03/09/2023
Case 8:21-cv-00228-JRC Document 54-65 Filed 03/30/23 Page 2 of 2 PageID 3209

No. 21-40922

District Court for further proceedings in accordance with the opinion of this Court.

      IT IS FURTHER ORDERED that Appellee pay to Appellants the costs on appeal to be taxed by the Clerk of this Court.

Certified as a true copy and issued
as the mandate on **Mar 09, 2023**

**Attest:** *Lyle W. Cayce*
**Clerk, U.S. Court of Appeals, Fifth Circuit**