IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| JAMES MORROW, STEPHEN STUART WATSON, AMANEE BUSBY, YUSELFF DISMUKES, LINDA DORMAN, MARVIN PEARSON, JENNIFER BOATWRIGHT, RONALD HENDERSON, JAVIER FLORES, WILLIAM FLORES, and a Certified Class of Other Similarly Situated Persons,<br><br>PLAINTIFFS<br><br>V.<br><br>CITY OF TENAHA DEPUTY CITY MARSHAL BARRY WASHINGTON, IN HIS INDIVIDUAL AND OFFICIAL CAPACITY; CITY OF TENAHA MAYOR, SHELBY COUNTY DISTRICT ATTORNEYS OFFICE, SHELBY COUNTY PRECINCT 4 CONSTABLE RANDY WHATLEY, IN HIS INDIVIDUAL AND OFFICIAL CAPACITY; SHELBY COUNTY DISTRICT ATTORNEY INVESTIGATOR DANNY GREEN, IN HIS INDIVIDUAL CAPACITY ONLY; AND SHELBY COUNTY,<br><br>DEFENDANTS | § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. 2:08-cv-288-JRG |

**NOTICE OF APPEAL**

Notice is hereby given that Plaintiffs in this case, including Class Representative James Morrow and the members of the certified Plaintiff Class, hereby appeal to the United States Court of Appeals for the Fifth Circuit from the Memorandum Opinion and Order of the District Court for the Eastern District of Texas (Dkt 440) filed in this case on August 23, 2023, awarding

a reduced interim fee to be paid by the City of Tenaha, Texas, Defendants for the work of Plaintiffs' counsel from April 1 through December 31, 2020, and directing the Clerk of Court to close this case, foreclosing Plaintiffs from recovering fees for their counsels' work done in this case since 2020, including fees for a prior related successful appeal. See the February 15, 2023 Fifth Circuit Opinion in its Case No. 21-40922.

Respectfully submitted,

/s/ Timothy B. Garrigan
Timothy B. Garrigan
Bar Card No. 07703600
Stuckey & Garrigan Law Offices, PLLC
2803 North Street, Suite C
Nacogdoches, TX 75965
Tel: 936-560-6020
Fax: 936-560-9578
Email: tim@sgclaw.org

Attorney for the Plaintiff Class and Class Representative, James Morrow.

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of this document with any attachments is being served by the Court's ECF system on opposing counsel.

/s/ Timothy B. Garrigan
Timothy B. Garrigan